# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEREY GOURMET FOODS, iNC., a Delaware corporation | **SUMMONS IN A CIVIL CASE** |
| v. | CASE NUMBER: |
| WINDSOR QUALITY FOOD COMPANY, LTD., a Texas Limited Partnership and DOES 1 through 20 | CV 08 1316 JCS |

E-filing

TO: (Name and address of defendant)

WINDSOR QUALITY FOOD COMPANY, LTD.
3355 W. Alabama, Suite 730
Houston, TX 77098

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John H. Patton, Esq.
Shapiro Buchman Provine & Patton LLP
1333 N. California Blvd., Suite 350
Walnut Creek, CA 94596

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking                                                      MAR  7 2008
CLERK                                                                    DATE

MARY ANN BUCKLEY
_____
(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                      Date                                            Signature of Server

                                                                          _____
                                                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure