✎ AO 120 (Rev. 2/99)

| TO:  **Mail Stop 8**<br>**Director of the U.S. Patent & Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court ___Northern District of California___ on the following ☐ Patents or ☐ Trademarks:

| DOCKET NO.<br>CV 08-01316 JCS | DATE FILED<br>3/7/08 | U.S. DISTRICT COURT<br>Northern District of California |
|---|---|---|
| PLAINTIFF<br>MONTEREY GOURMET FOODS | | DEFENDANT<br>WINDSOR QUALITY FOOD CO. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | See attached Complaint |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br><br>Richard W. Wieking | (BY) DEPUTY CLERK<br><br>Simone Voltz | DATE<br><br>March 12, 2008 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner     Copy 3—Upon termination of action, mail this copy to Commissioner**
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner     Copy 4—Case file copy**