# AFFIDAVIT OF SERVICE

COUNTY: NORTHERN           CASE # C0801316JCS           COURT
                                                    Clt. Ref.#            Clt.#  17441

MONTEREY GOURMET FOODS, INC., A DELAWARE CORPORATION

VS

WINDSOR QUALITY FOOD COMPANY, LTD, A TEXAS LIMITED PARTNERSHIP
AND DOES 1 THROUGH 20

The documents came to hand for service on 03/10/08  Time: 11:04:42

Documents received for service:

**SUMMONS; COMPLAINT WITH ATTACHMENTS; ORDER SETTING INITIAL CASE MANAGEMENT CONF. & ADR DEADLINES; NOTICE OF ASSIGNMENT WELCOME TO U.S. DIST. COURT; ECF REGISTRATION; GEN. ORDER#45**

The documents were delivered on 03/10/08  Time: 13:45:00

Executed at: 350 N. St. Paul St., Ste #2900
             Dallas, TX 75201
to the following: **Windsor Quality Food Company, Ltd**
                  **By Delivering To It's Registered Agent CT Corporation System**
                  **By Delivering To Elisha Edmun.**

__✓__ PERSONALLY delivering the document(s) to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ a person over sixteen (16) years of age, at the above listed address which is the usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, Roy G Brice _____ , am over the age of eighteen, and am neither a party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices I am authorized by written order of the court to serve citations and other notices.

Service Fee: 70.00

Witness Fee Tendered: .00

Mileage: .00

Roy G Brice
Texas LIC#: SCH-2622
Professional Civil Process Dallas, Inc.
6116 North Central Expy. #305
Dallas TX 75206

STATE OF TEXAS}
                      VERIFICATION

On this day Roy G Brice appeared before me, a notary public, and being duly sworn by me stated that he/she has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts contained therein are true and correct. Given my hand and seal of office this 10 day of March 200 8.

NOTARY PUBLIC FOR THE STATE OF TEXAS

STACIE STORY
Notary Public, State of Texas
My Commission Expires
November 06, 2011

PCP Inv. #D80300316   ashleyb

AX02

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 3-10-08 |
| Name of SERVER Roy G. Brice | TITLE Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By Delivery to its Registered Agent CT Corp By Delivery TO Elisha Edman Its Registered Designated Agent

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-10-08
Date

Signature of Server

Address of Server: 6116 N. Central Expy. Dallas TX 75206

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure