1   Lori A. Lutzker, Esq. (Bar No. 124589)
    CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
2   Professional Law Corporation
    216 Park Road
3   P.O. Box 513
    Burlingame, California  94011-0513
4   Telephone:     (650) 342-9600
    Facsimile:     (650) 342-7685
5
    Attorneys for Defendant
6   Windsor Quality Food Company, Ltd.

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  MONTEREY GOURMET FOODS, INC.,          No. C08-01316 (JCS)
    a Delaware corporation,
12                                         CONSENT TO PROCEED BEFORE A
                 Plaintiff,                UNITED STATES MAGISTRATE JUDGE
13
    vs.
14
    WINDSOR QUALITY FOOD
15  COMPANY LTD., a Texas Limited
    Partnership; and DOES 1 through 20,
16  inclusive,

17               Defendants.

18

19

20

21

22

23

24

25

26  / /

27  / /

28

    04954.00001\BGLIB1\1363362.1
                                       1
                                                Consent to Proceed Before a U.S. Magistrate Judge

1    CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

2    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

3    party in the above-captioned civil matter hereby voluntarily consents to have a United States

4    Magistrate Judge conduct any and all further proceedings in the case, including trial, and order

5    the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United

6    States Court of Appeals for the Ninth Circuit.

7

8    Dated:  March 27, 2008

9                        CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
                         Professional Law Corporation

10

11    By: _____

12                             Lori A. Lutzker
                          Attorneys for Defendant
13                    Windsor Quality Food Company, Ltd.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

### PROOF OF SERVICE

2

3      I declare that I am employed in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to this action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

4

5      I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper.

6

7      I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service and know that this correspondence would be deposited with the United States Postal Service this day in the ordinary course of business.

8

9      On the date set forth below, I served the attached:

10     **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

11

12     by placing a true copy thereof in a sealed envelope and placing this envelope for collection and mailing this date following the ordinary business practices of Carr, McClellan, Ingersoll, Thompson & Horn for deposit of correspondence in the United States Postal Service, addressed as follows:

13

14

15     John H. Patton
       Kathryn J. Allen
16     Shapiro Buchman Provine & Patton LLP
       1333 N. California Boulevard, Suite 350
17     Walnut Creek, CA 94596
       *Facsimile:* (925) 944-9701

18     Executed on March 27, 2008, at Burlingame, California.

19

20     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

21

22     _____
       Douglas D. Collins

23

24

25

26

27

28