1  Lori A. Lutzker, Esq. (Bar No. 124589)
   CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
2  Professional Law Corporation
   216 Park Road
3  P.O. Box 513
   Burlingame, California  94011-0513
4  Telephone:    (650) 342-9600
   Facsimile:     (650) 342-7685
5
   Attorneys for Defendant
6  Windsor Quality Food Company, Ltd.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  MONTEREY GOURMET FOODS, INC.,          No. C08-01316 (JCS)
    a Delaware corporation,
12                                         STIPULATION FOR EXTENSION OF TIME
                Plaintiff,                 TO FILE RESPONSIVE PLEADING
13
    vs.
14
    WINDSOR QUALITY FOOD
15  COMPANY LTD., a Texas Limited
    Partnership; and DOES 1 through 20,
16  inclusive,

17                Defendants.

18

19

20

21

22

23

24

25

26

27

28

04954.00001\BGLIB1\1363314.1
                                    1

1      The parties, through their attorneys of record, stipulate that Defendant Windsor Quality

2  Food Company, Ltd. has an extension of time to and including April 14, 2008 within which to

3  answer or otherwise respond to Plaintiff Monterey Gourmet Foods, Inc.'s complaint.

4      IT IS SO STIPULATED.

5  Dated: March 26 , 2008

6                  SHAPIRO BUCHMAN PROVINE & PATTON LLP

7

8          By: _____

9                    John H. Patton / Kathryn J. Allen
                     Attorneys for Plaintiff

10                   Monterey Gourmet Foods, Inc.

11  Dated: March 26 , 2008

12                  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
                Professional Law Corporation

13

14

15          By: _____

16                      Lori A. Lutzker
                   Attorneys for Defendant
               Windsor Quality Food Company, Ltd.

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I declare that I am employed in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to this action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper.

I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service and know that this correspondence would be deposited with the United States Postal Service this day in the ordinary course of business.

On the date set forth below, I served the attached:

**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

by placing a true copy thereof in a sealed envelope and placing this envelope for collection and mailing this date following the ordinary business practices of Carr, McClellan, Ingersoll, Thompson & Horn for deposit of correspondence in the United States Postal Service, addressed as follows:

John H. Patton
Kathryn J. Allen
Shapiro Buchman Provine & Patton LLP
1333 N. California Boulevard, Suite 350
Walnut Creek, CA 94596
*Facsimile:* (925) 944-9701

Executed on March 27, 2008, at Burlingame, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Douglas D. Collins

_____
Douglas D. Collins

04954.00001\BGLIB1\1363487.1                                                    Proof of Service