```
 1  Lori A. Lutzker, Esq. (Bar No. 124589)
    CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
 2  Professional Law Corporation
    216 Park Road
 3  P.O. Box 513
    Burlingame, California 94011-0513
 4  Telephone:    (650) 342-9600
    Facsimile:    (650) 342-7685
 5
    Attorneys for Defendant
 6  Windsor Quality Food Company, Ltd.

 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| MONTEREY GOURMET FOODS, INC., a Delaware corporation, | No. C08-01316 (JCS) |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |
| vs. | |
| WINDSOR QUALITY FOOD COMPANY LTD., a Texas Limited Partnership; and DOES 1 through 20, inclusive, | |
| Defendants. | |

1  The parties, through their attorneys of record, stipulate that Defendant Windsor Quality
2  Food Company, Ltd. has an extension of time to and including April 14, 2008 within which to
3  answer or otherwise respond to Plaintiff Monterey Gourmet Foods, Inc.'s complaint.
4  IT IS SO STIPULATED.
5  Dated: March 26, 2008

SHAPIRO BUCHMAN PROVINE & PATTON LLP

By: _____
John H. Patton / Kathryn J. Allen
Attorneys for Plaintiff
Monterey Gourmet Foods, Inc.

Dated: March 26, 2008

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: _____
Lori A. Lutzker
Attorneys for Defendant
Windsor Quality Food Company, Ltd.

DAted: March 28, 2008

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

04954.00001\BGLIB1\1363314.1

2

Stipulation for Extension of Time to File Responsive Pleading

# PROOF OF SERVICE

I declare that I am employed in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to this action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper.

I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service and know that this correspondence would be deposited with the United States Postal Service this day in the ordinary course of business.

On the date set forth below, I served the attached:

**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

by placing a true copy thereof in a sealed envelope and placing this envelope for collection and mailing this date following the ordinary business practices of Carr, McClellan, Ingersoll, Thompson & Horn for deposit of correspondence in the United States Postal Service, addressed as follows:

John H. Patton
Kathryn J. Allen
Shapiro Buchman Provine & Patton LLP
1333 N. California Boulevard, Suite 350
Walnut Creek, CA 94596
*Facsimile:* (925) 944-9701

Executed on March 27, 2008, at Burlingame, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Douglas D. Collins*

Douglas D. Collins

04954.00001\BGLIB1\1363487.1                                     Proof of Service