1  Robert W. Dace, OBA # 10263
   McAfee & Taft A Professional Corporation
2  Tenth Floor, Two Leadership Square
   211 North Robinson
3  Oklahoma City, Oklahoma 73102
   Telephone: (405) 235-9621
4  Facsimile: (405) 235-0439
   Email: bob.dace@mcafeetaft.com
5



6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | MONTEREY GOURMET FOODS, INC.,      | Case No. C08-01316 (JCS)
   | a Delaware corporation,             |
12 |                                     | APPLICATION FOR ADMISSION OF
   |              Plaintiff,             | ATTORNEY *PRO HAC VICE*
13 |                                     |
   | vs.                                 |
14 |                                     |
   | WINDSOR QUALITY FOOD                |
15 | COMPANY LTD., a Texas Limited       |
   | Partnership; and DOES 1 through 20, |
16 | inclusive,                          |
17 |              Defendants.            |

18
        Pursuant to Civil L.R. 11-3, Robert W. Dace, an active member in good standing of the
19
   bar of Oklahoma, admitted 1983; USDC for the Western District of Oklahoma, admitted 1983;
20
   USDC for the Eastern District of Oklahoma, admitted 1993; USDC for the Northern District of
21
   Oklahoma, admitted 1984; United States Court of Appeals for the 10th Circuit, admitted 1987;
22
   United States Court of Appeals for the 8th Circuit, admitted 1987; United States Supreme Court,
23
   admitted 1988; United States Tax Court, admitted 1988; USDC for the Western District of
24
   Wisconsin, admitted 1999; USDC for the Southern District of Texas, admitted 1999; United
25
   States Court of Appeals for the 7th Circuit, admitted 2001; and, USDC for the Western District
26
   of Arkansas, admitted 2008, hereby applies for admission to practice in the Northern District of
27
   California on a pro hac vice basis representing Windsor Quality Food Company, Ltd., in the
28

1 above-entitled action.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Lori A. Lutzker, Esq. (Bar No. 124589)
    CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
    Professional Law Corporation
    216 Park Road
    P.O. Box 513
    Burlingame, California 94011-0513
    Telephone:   (650) 342-9600
    Facsimile:    (650) 342-7685

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 27, 2008                                    /s/ Robert W. Race

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017544
Cashier ID: almaceh
Transaction Date: 03/28/2008
Payer Name: MCAFEE AND TAFT
------------------------------------
PRO HAC VICE
 For: R W DACE
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 73397
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C08-1316 JCS


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```