RECEIVED
MAR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEREY GOURMET FOODS, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WINDSOR QUALITY FOOD COMPANY LTD., a Texas Limited Partnership; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No. C08-01316 (JCS)<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Robert W. Dace, an active member in good standing of the bar of Oklahoma admitted 1983; USDC for the Western District of Oklahoma, admitted 1983; USDC for the Eastern District of Oklahoma, admitted 1993; USDC for the Northern District of Oklahoma, admitted 1984; United States Court of Appeals for the 10th Circuit, admitted 1987; United States Court of Appeals for the 8th Circuit, admitted 1987; United States Supreme Court, admitted 1988; United States Tax Court, admitted 1988; USDC for the Western District of Wisconsin, admitted 1999; USDC for the Southern District of Texas, admitted 1999; United States Court of Appeals for the 7th Circuit, admitted 2001; and, USDC for the Western District of Arkansas, admitted 2008, whose business address and telephone number is: McAfee & Taft A Professional Corporation, Tenth Floor, Two Leadership Square, 211 North Robinson, Oklahoma City, Oklahoma 73102, telephone: (405) 235-9621, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Windsor Quality Food Company, Ltd.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements

1  contained in General Order No. 45, *Electronic Case Filing*.

2  Dated:

3

4  _____
5  Joseph C. Spero
   United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

contained in General Order No. 45, *Electronic Case Filing*.