| | |
|---|---|
| 1 | Jennifer B. Rader, OBA # 19198 |
| 2 | McAfee & Taft A Professional Corporation<br>Tenth Floor, Two Leadership Square |
| 3 | 211 North Robinson<br>Oklahoma City, Oklahoma  73102 |
| 4 | Telephone:  (405) 235-9621<br>Facsimile:  (405) 235-0439 |
| 5 | Email:  jenna.rader@mcafeetaft.com |

**FILED**
MAR 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEREY GOURMET FOODS, INC., a Delaware corporation, | Case No. C08-01316 (JCS) |
| Plaintiff, | APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| vs. | |
| WINDSOR QUALITY FOOD COMPANY LTD., a Texas Limited Partnership; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, Jennifer B. Rader, an active member in good standing of the bar of Oklahoma, admitted 2001; and, USDC for the Western District of Oklahoma, admitted 2002, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Windsor Quality Food Company, Ltd., in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution

1 programs of this Court; and,

2.    3. An attorney who is a member of the bar of this court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Lori A. Lutzker, Esq. (Bar No. 124589)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 27, 2008            /s/ Rader

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611817543
Cashier ID: almaceh
Transaction Date: 03/28/2008
Payer Name: MCAFEE AND TAFT
------------------------------------
PRO HAC VICE
 For: J B RADER
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
------------------------------------
CHECK
 Check/Money Order Num: 733396
 Amt Tendered:  $210.00
------------------------------------
Total Due:     $210.00
Total Tendered: $210.00
Change Amt:    $0.00

C08-1316 JCS


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```