FILED
08 APR -3 AM 11:58

RECEIVED
MAR 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEREY GOURMET FOODS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WINDSOR QUALITY FOOD COMPANY LTD., a Texas Limited Partnership; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C08-01316 (JCS)<br><br>(~~Proposed~~)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Robert W. Dace, an active member in good standing of the bar of Oklahoma admitted 1983; USDC for the Western District of Oklahoma, admitted 1983; USDC for the Eastern District of Oklahoma, admitted 1993; USDC for the Northern District of Oklahoma, admitted 1984; United States Court of Appeals for the 10th Circuit, admitted 1987; United States Court of Appeals for the 8th Circuit, admitted 1987; United States Supreme Court, admitted 1988; United States Tax Court, admitted 1988; USDC for the Western District of Wisconsin, admitted 1999; USDC for the Southern District of Texas, admitted 1999; United States Court of Appeals for the 7th Circuit, admitted 2001; and, USDC for the Western District of Arkansas, admitted 2008, whose business address and telephone number is: McAfee & Taft A Professional Corporation, Tenth Floor, Two Leadership Square, 211 North Robinson, Oklahoma City, Oklahoma 73102, telephone: (405) 235-9621, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Windsor Quality Food Company, Ltd.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements

1 | contained in General Order No. 45, *Electronic Case Filing*.

2 | Dated: 04/03/08

3

4 | _____
Joseph C. Spero
5 | United States Magistrate Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEREY GOURMET FOODS,<br><br>        Plaintiff,<br><br>v.<br><br>WINDSOR QUALITY FOOD CO.,<br><br>        Defendant. | Case Number: CV08-01316 JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jennifer B. Rader
McAfee & Taft A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102

Robert W. Dace
McAfee & Taft A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102

Dated: April 3, 2008

*Karen L. Hom*

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk