1  Clifford C. Dougherty, III (OBA #10263)
   Email:  cliff.dougherty@mcafeetaft.com
2  Robert W. Dace, OBA # 10263
   Email:  bob.dace@mcafeetaft.com
3  Jennifer B. Rader, OBA # 19198
   Email:  jenna.rader@mcafeetaft.com
4  McAfee & Taft A Professional Corporation
   Tenth Floor, Two Leadership Square
5  211 North Robinson
   Oklahoma City, Oklahoma   73102
6  Telephone:  (405) 235-9621
   Facsimile:  (405) 235-0439
7  Appearing *Pro Hac Vice*

8  Lori A. Lutzker, Esq. (Bar No. 124589)
   Email:  llutzker2@carr-mcclellan.com
9  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
10 216 Park Road
   P.O. Box 513
11 Burlingame, California  94011-0513
   Telephone:     (650) 342-9600
12 Facsimile:      (650) 342-7685

13 Attorneys for Defendant
   Windsor Quality Food Company, Ltd.
14

15                     UNITED STATES DISTRICT COURT

16                     NORTHERN DISTRICT OF CALIFORNIA

17

18 MONTEREY GOURMET FOODS, INC.,          Case No. C08-01316 (JCS)
   a Delaware corporation,
19                                         **DEFENDANT WINDSOR QUALITY
                    Plaintiff,             FOOD COMPANY, LTD'S CORPORATE
20                                         DISCLOSURE**
21 vs.
                                           Action Filed:      April 14, 2008
22 WINDSOR QUALITY FOOD                    Trial Date:        None set.
   COMPANY LTD., a Texas Limited
23 Partnership; and DOES 1 through 20,
   inclusive,
24
                    Defendants.
25

26

27

28

1

## DISCLOSURE OF CORPORATION INTEREST CERTIFICATE

2          Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, notice is hereby given by

3    counsel of record for Windsor Quality Food Company, Ltd that the following corporate interests

4    are disclosed:

5          1.    The parent companies of the corporation:    Windsor Quality Holdings LP, a

6    Delaware limited partnership; and Windsor Parent, LP, a Delaware Limited Partnership.

7          2.    Any publicly held company that owns ten percent (10%) or more of the

8    corporation:  none

9

          Dated:  April 14, 2008              McAfee & Taft A Professional Corporation

10

11

12
                                      _____/S/_____
13                                    Robert W. Dace
                                      Jennifer B. Rader
14                                    Attorneys for Defendant
                                      Windsor Quality Food Company, Ltd.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

DEFENDANT WINDSOR QUALITY FOOD COMPANY, LTD'S CORPORATE DISCLOSURE