John H. Patton, Cal. SBN 069261
Kathryn J. Allen, Cal. SBN 196544
Matthew T. Homan, Cal. SBN 250458
SHAPIRO BUCHMAN PROVINE & PATTON LLP
1333 North California Boulevard, Suite 350
Walnut Creek, CA 94596
Telephone: (925) 944-9700
Facsimile: (925) 944-9701
E-mail: jpatton@sbllp.com

Attorneys for Plaintiff and Counterdefendant
Monterey Gourmet Foods, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEREY GOURMET FOODS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WINDSOR QUALITY FOOD COMPANY LTD., a Texas Limited Partnership; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | No. C08-01316 (JCS)<br><br>Case assigned for all purposes to Hon. Joseph C. Spero<br><br>**NOTICE OF MOTION AND SPECIAL MOTION OF COUNTERDEFENDANT MONTEREY GOURMET FOODS, INC.'S TO STRIKE COUNTERCLAIM OF WINDSOR QUALITY FOOD COMPANY, LTD. [Cal. Code of Civ. Pro. § 425.16]**<br><br>Date: June 6, 2008<br>Time: 9:30 a.m.<br>Courtroom A (Hon. Joseph C. Spero)<br>Trial Date: Not Set<br><br>Accompanying Papers: Memorandum of Points & Authorities; Request for Judicial Notice; Proposed Order; Companion Motion to Dismiss |

## NOTICE OF SPECIAL MOTION TO STRIKE COUNTERCLAIM

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 6, 2008, at 9:30 a.m., or as soon thereafter as the matter may be heard in the United States District Court for the Northern District of California, Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California,

Plaintiff and Counterdefendant Monterey Gourmet Foods, Inc. ("MGF") will and hereby does make a Special Motion to Strike the Counterclaim of Defendant and Counterclaimant Windsor Quality Food Company Ltd. ("Windsor"), pursuant to Section 425.16 of the California Code of Civil Procedure. This hearing date is mandated by the docket conditions of this Court, which require hearing "not less than 35 days after service of the motion" (Civ. L.R. 7-2).

Said motion is made and based on the grounds that Windsor' Counterclaim constitutes a claim that is a Strategic Lawsuit Against Public Participation ("SLAPP") because it sues Counterdefendant MGF for exercising its rights of petition and free speech in registering Trademarks before the United States Patent and Trademark Office ("USPTO"), and because Counterclaimant cannot establish a probability that it will prevail on its Counterclaim based upon alleged fraud. MGF seeks issuance of an Order striking the Counterclaim, in accordance with Section 425.16 of the California Code of Civil Procedure, as well as an Order awarding reasonable attorney's fees and costs pursuant to Subpart (c) of said Section. This motion is made and based upon 1) this Notice of Motion; 2) the accompanying Memorandum of Points and Authorities; 3) MGF's accompanying Request for Judicial Notice; and 4) such other pleadings, papers and records on file in this action, and on such argument and evidence as may be presented to the Court in connection with this motion.

A copy of MGF's proposed Order is attached hereto.

Dated: May 1, 2008

Respectfully Submitted,

SHAPIRO BUCHMAN PROVINE & PATTON, LLP

By: _____
John H. Patton, Cal. SBN 069261
Attorneys for Plaintiff and Counterdefendant
Monterey Gourmet Foods, Inc.

208478.1

```
John H. Patton, Cal. SBN 069261
Kathryn J. Allen, Cal. SBN 196544
Matthew T. Homan, Cal. SBN 250458
SHAPIRO BUCHMAN PROVINE & PATTON LLP
1333 North California Boulevard, Suite 350
Walnut Creek, CA 94596
Telephone:  (925) 944-9700
Facsimile:   (925) 944-9701
E-mail: jpatton@sbllp.com
```

Attorneys for Plaintiff and Counterdefendant
Monterey Gourmet Foods, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEREY GOURMET FOODS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>WINDSOR QUALITY FOOD COMPANY LTD., a Texas Limited Partnership; and DOES 1 through 20, inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM. | No. C08-01316 (JCS)<br><br>Case assigned for all purposes to Hon. Joseph C. Spero<br><br>Proposed<br><br>ORDER GRANTING SPECIAL MOTION OF COUNTERDEFENDANT MONTEREY GOURMET FOODS, INC.'S TO STRIKE COUNTERCLAIM OF WINDSOR QUALITY FOOD COMPANY, LTD.<br>[Cal. Code of Civ. Pro. § 425.16]<br><br>Date:  June 6, 2008<br>Time:  9:30 a.m.<br>Courtroom A (Hon. Joseph C. Spero)<br>Trial Date:  Not Set |

### ORDER GRANTING SPECIAL MOTION TO STRIKE COUNTERCLAIM

The special motion of Plaintiff and Counterdefendant Monterey Gourmet Foods, Inc. ("MGF") to strike the counterclaim of Defendant and Counterclaimant Windsor Quality Food Company Ltd. ("Windsor") came on regularly for hearing pursuant to notice on June 6, 2008, in Courtroom A of the United States District Court for the Northern

1   District of California, the Honorable Joseph C. Spero presiding. Plaintiff,
2   counterdefendant and moving party appeared by its counsel of record; defendant,
3   counterclaimant and opposing party Windsor appeared by its counsel of record.
4    The Court having read and considered the pleadings, papers and arguments
5   submitted in support of and in opposition to the motion, and good cause appearing
6   therefore, now, therefore,
7    **IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED, AS FOLLOWS:**
8    1. Pursuant to Section 425.16 of the California Code of Civil Procedure, the
9   Court determines that Windsor's counterclaim arises out of acts and conduct in
10  furtherance of counterdefendant MGF's constitutional rights of freedom of speech and/or
11  to petition, and is therefore subject to the provisions of Section 425.16.
12   2. The Court further finds that counterclaimant Windsor has not established a
13  probability that it will prevail on its counterclaim for alleged fraud on the United States
14  Patent & Trademark Office.
15   3. Therefore, the counterclaim is hereby ordered stricken.
16   4. Counterdefendant MGF may seek recovery of its fees and costs by
17  separate noticed motion pursuant to Section 425.16(c) of the California Code of Civil
18  Procedure.
19   Dated: _____

         Joseph C. Spero
         UNITED STATES MAGISTRATE JUDGE

208590.1