1  John H. Patton, Cal. SBN 069261
   Kathryn J. Allen, Cal. SBN 196544
2  Matthew T. Homan, Cal. SBN 250458
   SHAPIRO BUCHMAN PROVINE & PATTON LLP
3  1333 North California Boulevard, Suite 350
   Walnut Creek, CA  94596
4  Telephone:   (925) 944-9700
   Facsimile:   (925) 944-9701
5  E-mail:  jpatton@sbllp.com

6  Attorneys for Plaintiff and Counterdefendant
   Monterey Gourmet Foods, Inc.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| 11 12 13 | MONTEREY GOURMET FOODS, INC., a Delaware corporation,<br><br>                    Plaintiff, | No.  C08-01316 (JCS)<br><br>Case assigned for all purposes to Hon. Joseph C. Spero |
|---|---|---|

11  MONTEREY GOURMET FOODS,        No.  C08-01316 (JCS)
    INC., a Delaware corporation,
12                                 Case assigned for all purposes to
              Plaintiff,           Hon. Joseph C. Spero
13
    vs.                            **DECLARATION OF SCOTT S. WHEELER
14                                 IN SUPPORT OF COUNTERDEFENDANT
    WINDSOR QUALITY FOOD           MONTEREY GOURMET FOODS, INC.'S
15  COMPANY LTD., a Texas Limited  SPECIAL MOTION TO STRIKE
    Partnership; and DOES 1 through 20,  COUNTERCLAIM OF WINDSOR
16  inclusive,                     QUALITY FOOD CO., LTD. [Cal. Code of
                                   Civil Procedure § 425.16]**
17            Defendants.
                                   Date:  June 6, 2008
18                                 Time:  9:30 a.m.
                                   Courtroom A (Hon. Joseph C. Spero)
19                                 Trial Date:  Not Set

20                                 Accompanying Papers:  Notice and
                                   Proposed Order; Memorandum of Points &
21                                 Authorities; Request for Judicial Notice;
                                   Companion Motion to Dismiss
22  _____

23  AND RELATED COUNTERCLAIM.

24       I, Scott S. Wheeler, declare and state as follows:

25       1.      I am Vice President and Chief Financial Officer and a member of the Board

26  of Directors for plaintiff and counterdefendant Monterey Gourmet Foods, Inc. ("MGF"), a

27  Delaware corporation.  I have been employed by MGF continuously since 2003.

28       2.      MGF is a diversified producer of fresh and frozen gourmet foods,

1    headquartered at 1528 Moffett Street, Salinas, Monterey County, California.  MGF is

2    now a publicly traded company that currently operates food manufacturing facilities in

3    Salinas, California, as well as in Seattle, Washington and Eugene, Oregon.  MGF's main

4    distribution center is located in Salinas, Monterey County, California.

5        3.    MGF presently maintains five (5) general lines of products, under the

6    following brands: 1) Monterey Pasta Company® (based in Salinas); 2) Cibo Naturals™

7    (based in Seattle, Washington); 3) Emerald Valley Kitchen (based in Eugene, Oregon);

8    Sonoma Foods/Sonoma Cheese Company™ (based in Sonoma, California); and Casual

9    Gourmet® (now based in Salinas, California).  True and correct copies of the "About Us"

10   and "Our Family of Brands" webpages from MGF's current website depicting these

11   brands is attached hereto, marked Exhibits 1 and 2, and incorporated herein by

12   reference.  These product lines are sold in retail stores and club stores throughout North

13   America.

14       4.    The Monterey Pasta Company line of products was MGF's original line of

15   products, and remains one of MGF's most important product lines.  The current lines of

16   those products include: a) seven (7) different fresh pastas with sauces; b) three (3)

17   different One Step Gourmet frozen pasta dinners; c) four (4) different fresh whole wheat

18   pastas with sauces; and d) additional pasta products sold only in club stores.  All of

19   these Monterey Pasta Company products are made in Monterey County, California, and

20   I know from my work at the company, from company records, and from my discussions

21   with other officers and directors of MGF, that such products have always been made in

22   Monterey County, California.  All of these Monterey Pasta Company products are

23   advertised and packaged with Monterey Pasta Company branding, which uses MGF's

24   trademarks for Monterey Pasta Company, including MGF's registered marks for

25   *Monterey Pasta Company*® and *Monterey Pasta Company and design*®.  These

26   Monterey Pasta products are sold in thousands of retail markets and club stores

27   throughout the United States.  These products are also sold in numerous locations in

28   Canada and Mexico.

1    5.    MGF's lines of Monterey Pasta Company products are also promoted on

2    MGF's website.  Attached hereto, marked Exhibit 3, and incorporated herein by

3    reference is a true and correct copy of the webpage from MGF's current website

4    displaying its seven (7) different fresh pastas, branded as *Monterey Pasta Company®*,

5    and *Monterey Pasta Company—California's Finest™*.

6    6.    Attached hereto, marked Exhibit 4, and incorporated herein by reference is

7    a true and correct copy of the webpage from MGF's current website displaying its three

8    (3) different One Step Gourmet frozen pasta dinners, branded as *Monterey Pasta*

9    *Company®*, and *Monterey Pasta Company—California's Finest™*.

10    7.    Attached hereto, marked Exhibit 5, and incorporated herein by reference is

11    a true and correct copy of the webpage from MGF's current website displaying its four

12    (4) different fresh whole wheat pastas, branded as *Monterey Pasta Company®*, and

13    *Monterey Pasta Company—California's Finest™*.

14    8.    Consistent with the above, MGF has always branded and sold its Monterey

15    Pasta Company lines of products under its trademarks for Monterey Pasta Company.

16    Those trademarks have been and are important and vital to MGF in the branding of that

17    line of products, and for customers to identify those lines of products.  As such, the

18    Monterey Pasta Company trademarks, including its registered marks, are vital to our

19    company, and for that reason MGF seeks to protect those marks from infringing or

20    confusing use by others, particularly within the food business.

21    9.    While I was not present at the time, I know from my work at the company,

22    from review company records, from my discussions with other officers and directors of

23    MGF, and from my review of the corporate records and history for MGF and its

24    predecessor entities (see Items 6 and 7 in accompanying Request for Judicial Notice),

25    that the original operations of Monterey Pasta Company were founded in the late 1980's

26    by Pamela Burns and Floyd and Sarah Hill, who made pasta by hand out of a storefront

27    location at 596 Lighthouse Avenue, in the City of Monterey, California.  Later, these

28    founders incorporated the business as Burns & Hill, Inc. ("BHI"), which continued for a

1  time to operate at the location on Lighthouse Avenue, in Monterey.  BHI was the

2  applicant for the first registration of the trademark for *The Monterey Pasta Company and*

3  *design®* (Reg. No. 1,664,278), a true and correct copy of which is attached hereto,

4  marked Exhibit 6, and incorporated herein by reference.

5        10.    While I was not present at the time, I know from my work at the company,

6  from review company records, from my discussions with other officers and directors of

7  MGF, and from my review of the corporate records and history for MGF and its

8  predecessor entities (see Items 6 and 7 in accompanying Request for Judicial Notice),

9  that Monterey Pasta Company ("MPC") was originally a California corporation, that later

10  was merged into a Delaware corporation by the same name, and that MPC (first

11  California and then Delaware) succeeded to the Monterey Pasta Company business that

12  had been operated by BHI.  On that same basis, I also know that MPC has at all times

13  continued to make the Monterey Pasta Company lines of product solely in Monterey

14  County, California, first in Monterey, and then later in Salinas.

15        11.    On or about August of 2004, MPC changed its name to MGF, which is the

16  plaintiff and counterdefendant in this action.  At all times since, MGF has had its principal

17  offices and manufacturing facilities for its Monterey Pasta Company lines of product in

18  Salinas, Monterey County, California.  Following this name change, MGF, through its

19  attorneys, recorded a name change document for Registration No. 1,953,489 for its

20  *Monterey Pasta Company®.* Trademark with the USPTO indicating that the registrant's

21  name had changed from MPC to MGF, as evidenced by the USPTO's Trademark

22  Assignment Abstract of Title webpage for that trademark, a copy of which is attached as

23  Exhibit 9 to MGF's accompanying Request for Judicial Notice.

24        12.    I am unaware of any material misstatements or failures to disclose material

25  information by MGF or any of its predecessors in any of their applications to register any

26  trademark with the USPTO, including the registered trademarks for *Monterey Pasta*

27  *Company®.* I have reviewed the registrations for those marks registered as Nos.

28  1,664,278 and 1,953,489, which are attached hereto, marked Exhibits 6 and 7

4

1 | respectively, and incorporated herein by reference, and believe them to have been true
2 | and accurate when made.

3 |     13.    The identification of the registrant in Registration No. 1,664,278 (Ex. 6) as
4 | "UBURNS & HILL, INCORPORATED" is erroneous, and I believe a typographical error.
5 | Based on the information known to me, including the corporate records and history for
6 | MGF and its predecessors (see Items 6 and 7 in accompanying Request for Judicial
7 | Notice), the true name of the registrant was Burns & Hill, Incorporated.  Other than that, I
8 | am informed and believe that the information stated on Registration Nos. 1,664,278 and
9 | 1,953,489 (Exhibits 6 and 7) was true and correct at the time that the applications were
10 | made to register those marks, including the fact that BHI was located and making
11 | Monterey Pasta Company products at 596 Lighthouse Avenue in the City of Monterey,
12 | as of September of 1990, the time that it applied for registration of the mark registered as
13 | No. 1,664,278 (Exhibit 6).

14 |     14.    In its application to register the *Monterey Pasta Company* trademark now
15 | registered as No. 1,953,489 (Exhibit 7), MGF (then known as MPC) claimed ownership
16 | of the mark previously registered as No. 1,664,278 (Exhibit 6).

17 |     15.    I declare under penalty of perjury under the laws of the State of California
18 | and the United States of America that the foregoing is true and correct and of my own
19 | personal knowledge, except as to those matters stated on information and belief, and as
20 | to those matters I believe them to be true and correct.

21 |     Executed this 30th day of April, at Salinas, California.

22

23

24 | Scott S. Wheeler

25

26

27 | 208531.1

28

SPECIAL MOTION TO STRIKE– DECLARATION OF SCOTT S. WHEELER                    C08-01316(JCS)

EXHIBIT 1







BACK TO HOME | CURRENT STOCK | LIVE WEB CAST



ABOUT US     INVESTOR RELATIONS     OUR BRANDS     CONTACT US

## About Us

Monterey Gourmet Foods was launched as the Monterey Pasta Company, a 400 square foot storefront on Lighthouse Avenue in Monterey, California in 1989. The Company produced small quantities of gourmet pastas and sauces using food processors and hand operated pasta makers. It sold its hand-made products to local grocery stores and restaurants on the Monterey Peninsula.

Casual Gourmet Foods, Inc. | Cibo Naturals | Emerald Valley Kitchen
Monterey Pasta Company | Sonoma Cheese Company







For more information or questions about our products please contact us.

**Monterey Gourmet Foods, Inc.**
1528 Moffet Street Salinas, CA 93908  |  Phone: 831-753-6262  |  Fax: 831-753-6255  |  Contact Us

Leadership Team
Web site © 1998-2008 Monterey Gourmet Foods, Inc. All Rights Reserved.  |  Site Credits

EXHIBIT

1

EXHIBIT 2




BACK TO HOME | CURRENT STOCK | LIVE WEB CAST



ABOUT US    INVESTOR RELATIONS    OUR BRANDS    CONTACT US

***Our Family of Brands***     Casual Gourmet Foods, Inc. | Cibo Naturals | Emerald Valley Kitchen
Monterey Pasta Company | Sonoma Cheese Company









EXHIBIT

2



SONOMA CHEESE COMPANY

    

For more information or questions about our products please contact us.

**Monterey Gourmet Foods, Inc.**
1528 Moffet Street Salinas, CA 93908  |  Phone: 831-753-6262  |  Fax: 831-753-6255  |  Contact Us

Leadership Team
Web site © 1998-2008 Monterey Gourmet Foods, Inc. All Rights Reserved.  |  Site Credits

EXHIBIT 3







## New Retail Packaging



- Main Page
- Our Chefs
- Pasta Basics
- New Retail Packaging
- One Step Gourmet
- Whole Wheat Pastas












EXHIBIT

3

   

For more information or questions about our products please contact us.

**Monterey Gourmet Foods, Inc.**
1528 Moffet Street Salinas, CA 93908  |  Phone: 831-753-6262  |  Fax: 831-753-6255  |  Contact Us

Leadership Team
Web site © 1998-2008 Monterey Gourmet Foods, Inc. All Rights Reserved.  |  Site Credits

EXHIBIT 4






**MONTEREY GOURMET FOODS®**
QUALITY™

BACK TO HOME | CURRENT STOCK | LIVE WEB CAST

ABOUT US   INVESTOR RELATIONS   OUR BRANDS   CONTACT US

*One Step Gourmet entrees*



· **Main Page**
· **Our Chefs**
· **Pasta Basics**
· **New Retail Packaging**
· **One Step Gourmet**
· **Whole Wheat Pastas**

New One Step Gourmet entrees from Monterey Gourmet Foods are an exciting new experience in dining. Everything that you need for a gourmet meal is included in just one bag!





For more information on our **One Step Gourmet** product line, click on each individual product below.

EXHIBIT
4
tabbies®



Grilled Chicken and Garlic Cheese Tortelloni



Shrimp and Garlic Cheese Tortelloni



Chicken and Broccoli with Tortelloni







For more information or questions about our products please contact us.

**Monterey Gourmet Foods, Inc.**
1528 Moffet Street Salinas, CA 93908  |  Phone: 831-753-6262  |  Fax: 831-753-6255  |  Contact Us

Leadership Team
Web site © 1998-2008 Monterey Gourmet Foods, Inc. All Rights Reserved.  |  Site Credits

EXHIBIT 5





BACK TO HOME | CURRENT STOCK | LIVE WEB CAST

ABOUT US     INVESTOR RELATIONS     OUR BRANDS     CONTACT US

## *Whole Wheat Pastas*



· **Main Page**
· **Our Chefs**
· **Pasta Basics**
· **New Retail Packaging**
· **One Step Gourmet**
· **Whole Wheat Pasta**

In keeping with their tradition of quality and innovation - Monterey Pasta Company's line of Whole Wheat pastas were created with today's pasta lover in mind. An excellent source of dietary fiber, Whole Wheat pastas from Monterey Pasta combine gourmet fillings and flavors with delicious whole wheat dough made with whole grains. Try all of Monterey Pasta's new Whole Wheat pastas and taste the healthy difference yourself!



**For more information on our Whole Wheat Pastas,**
**click on each individual product below.**



EXHIBIT
5





Whole Wheat
Vegetable and Cheese Ravioli



Whole Wheat
Tomato, Basil and Mozzarella Ravioli



Whole Wheat
Roasted Chicken and Sundried Tomato Ravioli



Whole Wheat
Classic Italian Cheese Ravioli

    

For more information or questions about our products please contact us.

**Monterey Gourmet Foods, Inc.**
1528 Moffet Street Salinas, CA 93908  |  Phone: 831-753-6262  |  Fax: 831-753-6255  |  Contact Us

Leadership Team
Web site © 1998-2008 Monterey Gourmet Foods, Inc. All Rights Reserved.  |  Site Credits

EXHIBIT 6

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 1,664,278

## United States Patent and Trademark Office    Registered Nov. 12, 1991

### TRADEMARK
### PRINCIPAL REGISTER



UBURNS & HILL, INCORPORATED (CALIFOR-
  NIA CORPORATION)
596 LIGHTHOUSE AVE.
MONTEREY, CA 93940

  FOR: FRESH PASTA AND SAUCES, IN
CLASS 30 (U.S. CL. 46).

  FIRST USE 6-0-1989; IN COMMERCE
7-0-1989.

  NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "PASTA COMPANY", APART
FROM THE MARK AS SHOWN.
  THE LINING IS A FEATURE OF THE MARK
AND IS NOT INTENDED TO INDICATE
COLOR.

  SER. NO. 74-099,432, FILED 9-24-1990.

KENNETH D. BATTLE, EXAMINING ATTOR-
  NEY

EXHIBIT

6

EXHIBIT 7

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 1,953,489
Registered Jan. 30, 1996

## TRADEMARK
## PRINCIPAL REGISTER

## MONTEREY PASTA COMPANY

MONTEREY PASTA COMPANY (CALIFORNIA CORPORATION)
4125 BLACKHAWK PLAZA CIRCLE, SUITE 200
DANVILLE, CA 94506

FOR: PASTA AND SAUCES, IN CLASS 30 (U.S. CL. 46).
FIRST USE 6–0–1987; IN COMMERCE 6–0–1987.

OWNER OF U.S. REG. NO. 1,664,278.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PASTA COMPANY", APART FROM THE MARK AS SHOWN.

SER. NO. 74–802,510, FILED 6–17–1994.

ZHALEH DELANEY, EXAMINING ATTORNEY

EXHIBIT
7