John H. Patton, Cal. SBN 069261
Kathryn J. Allen, Cal. SBN 196544
Matthew T. Homan, Cal. SBN 250458
SHAPIRO BUCHMAN PROVINE & PATTON LLP
1333 North California Boulevard, Suite 350
Walnut Creek, CA 94596
Telephone: (925) 944-9700
Facsimile: (925) 944-9701
E-mail: jpatton@sbllp.com

Attorneys for Plaintiff and Counterdefendant
Monterey Gourmet Foods, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEREY GOURMET FOODS, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>vs.<br><br>WINDSOR QUALITY FOOD COMPANY LTD., a Texas Limited Partnership; and DOES 1 through 20, inclusive,<br><br>             Defendants.<br><br>AND RELATED COUNTERCLAIM. | No. C08-01316 (JCS)<br><br>Case assigned for all purposes to Hon. Joseph C. Spero<br><br>**NOTICE OF MOTION AND MOTION OF COUNTERDEFENDANT MONTEREY GOURMET FOODS, INC.'S TO DISMISS COUNTERCLAIM OF WINDSOR QUALITY FOOD COMPANY, LTD.** [FRCP RULE 12(b)(6)<br><br>Date: June 6, 2008<br>Time: 9:30 a.m.<br>Courtroom A (Hon. Joseph C. Spero)<br>Trial Date: Not Set<br><br>Accompanying Papers: Memorandum of Points & Authorities; Request for Judicial Notice; Proposed Order; Companion Special Motion to Strike |

<u>NOTICE OF MOTION TO DISMISS COUNTERCLAIM</u>

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 6, 2008, at 9:30 a.m., or as soon thereafter as the matter may be heard in the United States District Court for the Northern District of

1

1  California, Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California,
2  Plaintiff and Counterdefendant Monterey Gourmet Foods, Inc. ("MGF") will and hereby
3  does make a motion to dismiss the Counterclaim of Defendant and Counterclaimant
4  Windsor Quality Food Company Ltd. ("Windsor"), pursuant to Rule 12(b)(6) of the
5  Federal Rules of Civil Procedure. Said motion is made in the alternative, and as a
6  companion motion to MGF's special motion to strike, which is set for hearing at the same
7  time and place.

   Said motion is made and based on the grounds that Windsor's counterclaim fails to state facts sufficient to state a claim for relief as against counterdefendant MGF. On this motion, MGF seeks issuance of an Order dismissing the counterclaim, without leave to amend, in accordance with Rule 12(b)(6) of the Federal Rules of Civil Procedure. This motion is made and based upon 1) this Notice of Motion and accompanying Points and Authorities; and 2) such other pleadings, papers and records on file in this action, and on such argument and evidence as may be presented to the Court in connection with this motion.

   A copy of MGF's proposed Order is appended to this motion.

   Dated: May 1, 2008

                                Respectfully Submitted,

                                SHAPIRO BUCHMAN PROVINE & PATTON, LLP


                                By: _____
                                    John H. Patton, Cal. SBN 069261
                                    Attorneys for Plaintiff and Counterdefendant
                                    Monterey Gourmet Foods, Inc.

208607.1

John H. Patton, Cal. SBN 069261
Kathryn J. Allen, Cal. SBN 196544
Matthew T. Homan, Cal. SBN 250458
SHAPIRO BUCHMAN PROVINE & PATTON LLP
1333 North California Boulevard, Suite 350
Walnut Creek, CA 94596
Telephone: (925) 944-9700
Facsimile: (925) 944-9701
E-mail: jpatton@sbllp.com

Attorneys for Plaintiff and Counterdefendant
Monterey Gourmet Foods, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEREY GOURMET FOODS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WINDSOR QUALITY FOOD COMPANY LTD., a Texas Limited Partnership; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | No. C08-01316 (JCS)<br><br>Case assigned for all purposes to Hon. Joseph C. Spero<br><br>Proposed<br><br>ORDER GRANTING MOTION OF COUNTERDEFENDANT MONTEREY GOURMET FOODS, INC.'S TO DISMISS COUNTERCLAIM OF WINDSOR QUALITY FOOD COMPANY, LTD.<br>[FRCP Rule 12(b)(6)]<br><br>Date: June 6, 2008<br>Time: 9:30 a.m.<br>Courtroom A (Hon. Joseph C. Spero)<br>Trial Date: Not Set |

## ORDER GRANTING MOTION TO DISMISS COUNTERCLAIM

The motion of Plaintiff and Counterdefendant Monterey Gourmet Foods, Inc. ("MGF") to dismiss the counterclaim of Defendant and Counterclaimant Windsor Quality Food Company Ltd. ("Windsor") came on regularly for hearing pursuant to notice on

1

June 6, 2008, in Courtroom A of the United States District Court for the Northern District of California, the Honorable Joseph C. Spero presiding. Plaintiff, counterdefendant and moving party appeared by its counsel of record; defendant, counterclaimant and opposing party Windsor appeared by its counsel of record.

The Court having read and considered the pleadings, papers and arguments submitted in support of and in opposition to the motion, and good cause appearing therefore, now, therefore,

**IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED, AS FOLLOWS:**

1.  Windsor's counterclaim is dismissed on grounds that it fails to state facts sufficient to state a claim fro fraud against counterdefendant MGF.

2.  Further, because the counterclaim cannot be amended to state a valid claim for fraud against counterdefendant MGF, the motion is granted without leave to amend.

Dated: _____

_____
Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

208608.1