UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONTEREY GOURMET FOODS,  No. C 08-01316 (JCS)

    Plaintiff(s),

    v.  CLERK'S NOTICE

WINDSOR QUALITY FOOD CO.,

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT the Initial Case Management Conference before Magistrate Judge Spero previously noticed for June 13, 2008, at 1:30 p.m., has been ADVANCED to **June 6, 2008, at 9:30 a.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The joint case management conference statement shall be due by **May 30, 2008**. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated:  May 8, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
    Karen L. Hom
    Courtroom Deputy