John H. Patton, Cal. SBN 069261
Kathryn J. Allen, Cal. SBN 196544
Matthew T. Homan, Cal. SBN 250458
SHAPIRO BUCHMAN PROVINE & PATTON LLP
1333 North California Boulevard, Suite 350
Walnut Creek, CA 94596
Telephone:  (925) 944-9700
Facsimile:   (925) 944-9701
E-mail:  jpatton@sbllp.com

Attorneys for Plaintiff and Counterdefendant
Monterey Gourmet Foods, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEREY GOURMET FOODS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WINDSOR QUALITY FOOD COMPANY LTD., a Texas Limited Partnership; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | No. C08-01316 (JCS)<br><br>Case assigned for all purposes to Hon. Joseph C. Spero<br><br>**STIPULATION TO CONTINUANCE OF HEARING ON MONTEREY GOURMET FOODS, INC.'S MOTIONS TO DISMISS AND SPECIAL MOTION TO STRIKE COUNTERCLAIM OF WINDSOR QUALITY FOOD COMPANY, LTD., AND CASE MANAGEMENT CONFERENCE; AND ORDER THEREON [Local Rule 7-7]**<br><br>Courtroom A (Hon. Joseph C. Spero)<br>Trial Date: Not Set |

## STIPULATION

Plaintiff and counterdefendant Monterey Gourmet Foods, Inc. ("MGF") and defendant and counterclaimant Windsor Quality Food Company, Ltd. ("Windsor"), by and through their respective counsel of record (collectively, "the parties"), hereby enter into this Stipulation pursuant to Local Rule 7-7(b), and based upon the following agreed facts:

1.    MGF has filed a Special Motion to Strike and Motion to Dismiss (collectively, "the motions"), which are presently set for hearing on June 6, 2008.

2.    Windsor has timely filed opposition to the motions.

3.    The Court has scheduled the initial Case Management Conference for June 6, 2008.

4.    The parties wish to first discuss potential settlement and ADR options prior to and without the necessity of hearing and court ruling on the motions, and prior to the initial Case Management Conference.

5.    To accommodate discussions regarding potential settlement and ADR options, the parties wish to continue hearing on the motions and initial Case Management Conference from June 6, 2008, to June 27, 2008, a date that is currently available on the Court's calendar.

6.    To accommodate discussions regarding potential settlement and ADR options, the parties also wish to continue the time for filing and serving reply papers on the motions to June 13, 2008.

7.    The parties further wish to continue the date for filing of the Joint Case Management Conference Statement from May 30, 2008, to June 20, 2008.

8.    The parties agree that the above facts, agreements, and stipulations may be confirmed by an order of the Court.

Dated:  May 22, 2008.        SHAPIRO BUCHMAN PROVINE & PATTON, LLP


By:   /s/ John H. Patton
      Attorneys for Plaintiff and Counterdefendant
      Monterey Gourmet Foods, Inc.

Dated:  May 22, 2008.        McAFEE & TAFT, A Professional Corporation


By:   /s/ Robert W. Dace
      Attorneys for Defendant and Counterclaimant
      Windsor Quality Food Company, Ltd.

Dated: May 22, 2008.   CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN Professional Law Corporation

By: /s/ Lori A. Lutzker
Attorneys for Defendant and Counterclaimant
Windsor Quality Food Company, Ltd.

### ATTESTATION FOR ELECTRONIC FILING

As the attorney electronically filing this document, I hereby attest that all signatories indicated above have concurred in this filing.

Dated: May 22, 2008   SHAPIRO BUCHMAN PROVINE & PATTON, LLP

By: /s/ John H. Patton
Attorneys for Plaintiff and Counterdefendant
Monterey Gourmet Foods, Inc.

### ORDER CONFIRMING STIPULATION

The foregoing facts, agreements, and stipulations are hereby confirmed as an Order of this Court, and hearing on the Special Motion to Strike and Motion to Dismiss, as well as the Case Management Conference, are hereby continued to June 27, 2008, at 9:30 a.m. in Courtroom A of this Court. The time for the filing and service of reply papers and the Joint Case Management Conference Statement are hereby continued in accordance with the above Stipulation.

Dated: May ____, 2008.

_____
JOSEPH C. SPERO
United States Magistrate Judge

209126.1