UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MONTEREY GOURMET FOODS, INC., a
Delaware Corporation,

           Plaintiff(s),

    v.

Windsor Quality Food Company LTD., a
Texas Limited Partnership; and DOES 1
through 20, inclusive

           Defendant(s).

CASE NO. C08-01316 (JCS)

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process
✓    request an Early Settlement Conference with a Magistrate Judge Wayne D. Brazil

Date of Case Management Conference August 15, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| John H. Patton | Monterey Gourmet Foods, Inc. | (925) 944-9700 | jpatton@sbllp.com |
| Robert W. Dace | Windsor Quality Food Company, LTD | (405) 235-9621 | bob.dace@mcafeetaft.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 5/22/08

                                              Attorney for Plaintiff

Dated: 5-22-08

                                              Attorney for Defendant

Rev 12.05   When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."