# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MONTEREY GOURMET FOODS, INC.

                Plaintiff(s),

                v.

WINDSOR QUALITY FOOD
COMPANY, LTD.

                Defendant(s).

Case No.  C08-01316 (JCS)

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5-22-08

_____
[Party]

Dated: 5-23-08

_____
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."