John H. Patton, Cal. SBN 069261
Kathryn J. Allen, Cal. SBN 196544
Matthew T. Homan, Cal. SBN 250458
SHAPIRO BUCHMAN PROVINE & PATTON LLP
1333 North California Boulevard, Suite 350
Walnut Creek, CA 94596
Telephone: (925) 944-9700
Facsimile: (925) 944-9701
E-mail: jpatton@sbllp.com

Attorneys for Plaintiff and Counterdefendant
Monterey Gourmet Foods, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEREY GOURMET FOODS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WINDSOR QUALITY FOOD COMPANY LTD., a Texas Limited Partnership; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | No. C08-01316 (JCS)<br><br>Case assigned for all purposes to Hon. Joseph C. Spero<br><br>**DECLARATION OF KATHRYN J. ALLEN IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF COUNTERDEFENDANT MONTEREY GOURMET FOODS, INC.'S SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS COUNTERCLAIM OF WINDSOR QUALITY FOOD COMPANY, LTD.**<br>**[FRE Rule 201]**<br><br>Date: August 15, 2008<br>Time: 1:30 p.m.<br>Courtroom A (Hon. Joseph C. Spero)<br>Trial Date: Not Set<br><br>Accompanying Papers: Memoranda of Points and Authorities for Special Motion to Strike; Motion to Dismiss |

## DECLARATION OF KATHRYN J. ALLEN IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MONTEREY GOURMET FOODS, INC.'S MOTIONS TO STRIKE AND DISMISS COUNTERCLAIMS

I, Kathryn J. Allen, state and declare as follows:

1

1.  I am an attorney at law licensed to practice before all Courts of the State of California, and in the United States District Court for the Northern District of California. I am an associate of Shapiro Buchman Provine & Patton, LLP, attorneys of record for plaintiff and counterdefendant Monterey Gourmet Foods, Inc. ("MGF"). I make this Declaration in support of MGF's request for judicial notice which was filed May 1, 2008 in the above-entitled action, and because counterclaimant Windsor Quality Food Company, Ltd. ("Windsor") has, in its opposition papers, questioned the authenticity of some of the matters requested for judicial notice.

2.  Our law firm also acts as outside counsel for MGF on numerous matters, including the maintenance of its intellectual property. In the role of outside counsel, I personally handle most of MGF's trademark applications, registrations, and renewals, as well as its dealings with the United States Patent and Trademark Office ("USPTO"), and am familiar with MGF's trademarks and other intellectual property.

3.  I have reviewed and was involved in preparing MGF's request for judicial notice which was filed May 1, 2008 in the above-entitled action ("RJN"). I know that the matters contained therein are true, correct, and authentic representations and copies of what they purport to be, and that they were obtained from sources which I am informed and believe are reasonably reliable and know to be readily obtainable.

4.  I know that the trademark registrations for *Monterey Pasta Company* that are listed as Items 1-4 and attached as Exhibits 1-4 to the RJN, are true, accurate, and authentic copies of the USPTO's trademark registration certificates for the marks referenced in the RJN, and that those exhibits are true, accurate, and authentic copies of the registration certificates for each such mark obtained and printed directly from the USPTO's Trademark Electronic Search System ("TESS") records for each such mark. The exhibits are also true, accurate, and authentic copies of the registration certificates for each such mark as shown in the USPTO's electronic Trademark Document Retrieval ("TDR") system for each such mark.

5.  I know that the label specimen that is listed as Item 5 and attached as

Exhibit 5 to the RJN is a true, accurate, and authentic copy of one label specimen that is contained in the USPTO's file for Trademark Registration No. 1,951,624, for *Monterey Pasta Company*, registered January 23, 1996, and that this specimen (Exhibit 5) was obtained and printed directly from 2-page PDF Printout from the USPTO's TDR webpage for Registration No. 1,951,624 (Serial No. 74,802,510), and is available on the USPTO's TDR section of its internet portal (http://tmportal.uspto.gov).

6. I know that the Combined Declaration of Use & Incontestability Under Sections 8 & 15, that is listed as Item 8 and attached as Exhibit 8 to the RJN is a true, accurate, and authentic copy of the Combined Declaration of Use & Incontestability, filed with the USPTO on November 13, 2001, for Registration No. 1,953,489, for *Monterey Pasta Company*. The copy of this Declaration attached to the RJN (Exhibit 8) was obtained and printed directly from PDF Printout from the USPTO's TDR webpage for Registration No. 1,953,489 (Serial No. 74,802,510), and is available on the USPTO's TDR section of its internet portal (http://tmportal.uspto.gov).

7. I know that the USPTO Trademark Assignment Abstract of Title for Registration No. 1,953,489, for *Monterey Pasta Company*, that is listed as Item 9 and attached as Exhibit 9 to the RJN is a true, accurate, and authentic copy of the Assignment Abstract of Title for Registration No. 1,953,489 recorded November 11, 2004, establishing name change for the registrant of Registration No. 1,953,489, from Monterey Pasta Company to Monterey Gourmet Foods, Inc. The copy of this Assignment Abstract was obtained and printed directly from the USPTO's "Assignments on the Web" webpage for Registration No. 1,953,489 (Serial No. 74,802,510), and is available on the USPTO's that section of its internet portal (http://tmportal.uspto.gov).

8. I know that the reference that is listed as Item 10 and attached as Exhibit 10 to the RJN is a true, accurate, and authentic copy of Page 246 from Bright, Revised Edition of Gudde, *California Place Names* (1998 The Regents of the University of California), listing the origin and etymology for the term "Monterey."

9. I know that the reference that is listed as Item 11 and attached as Exhibit

1  11 to the RJN is a true, accurate, and authentic copy of Page 20, Listing No. 183, from
2  Beatty, *County Name Origins of the United States* (McFarland & Company, Inc., 2001),
3  listing the origin for the term "Monterey County."
4      10.    I know that the reference that is listed as Item 12 and attached as Exhibit
5  12 to the RJN is a true, accurate, and authentic copy of the internet webpage for the
6  Wikipedia® Website List of California county name etymologies, listing the etymology for
7  "Monterey County," and that this reference was printed directly from that webpage.
8      11.    I know that the reference that is listed as Item 13 and attached as Exhibit
9  13 to the RJN is a true, accurate, and authentic copy of Page 763 from the Merriam
10 Webster's Geographical Dictionary (1997), listing "Monterey," and that this reference
11 was printed directly from that page.
12     12.    I know that the reference that is listed as Item 14 and attached as Exhibit
13 14 to the RJN is a true, accurate, and authentic copy of the webpage entry for The
14 Columbia Gazetteer of North America © (2000 Columbia University Press), listing
15 "Monterey, " and that this reference was printed directly from that webpage.
16     13.    I know that the reference that is listed as Item 15 and attached as Exhibit
17 15 to the RJN is a true, accurate, and authentic copy of the internet webpage for the
18 Wikipedia® Website encyclopedic listing for "Monterey, California," and that this
19 reference was printed directly from that webpage.
20     14.    I know that the reference that is listed as Item 16 and attached as Exhibit
21 16 to the RJN is a true, accurate, and authentic copy of the Google™ Maps internet
22 webpage listing for "Monterrei" (aka "Monterrey"), Spain, and that this reference was
23 printed directly from that webpage.
24     15.    I know that the reference that is listed as Item 17 and attached as Exhibit
25 17 to the RJN is a true, accurate, and authentic copy of an Internet Webpage (University
26 of A Coruna) depicting "Castillo de Monterrey," Spain and that this reference was printed
27 directly from that webpage.
28     16.    I know that the reference that is listed as Item 18 and attached as Exhibit

SHAPIRO BUCHMAN
PROVINE & PATTON LLP
ATTORNEYS AT LAW
WALNUT CREEK

4

18 to the RJN is a true, accurate, and authentic copy of the internet webpage for the Wikipedia® Website encyclopedic listing for "Monterrey, Mexico and that this reference was printed directly from that webpage.

17. I know that the reference that is listed as Item 18 and attached as Exhibit 18 to the RJN is a true, accurate, and authentic copy of the internet webpage for the Wikitravel webpage article and Wikipedia® Website encyclopedic listings for certain U.S. states with towns named "Monterey," and that this reference was printed directly from those webpage entries.

18. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and of my own personal knowledge, except as to those matters stated on information and belief, and as to those matters, I believe them to be true and correct.

Executed this 5th day of June, 2008, at Walnut Creek, California.

_____
Kathryn J. Allen

209054.1