John H. Patton, Cal. SBN 069261
Kathryn J. Allen, Cal. SBN 196544
Matthew T. Homan, Cal. SBN 250458
SHAPIRO BUCHMAN PROVINE & PATTON LLP
1333 North California Boulevard, Suite 350
Walnut Creek, CA 94596
Telephone: (925) 944-9700
Facsimile: (925) 944-9701
E-mail: jpatton@sbllp.com

Attorneys for Plaintiff and Counterdefendant
Monterey Gourmet Foods, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEREY GOURMET FOODS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WINDSOR QUALITY FOOD COMPANY LTD., a Texas Limited Partnership; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | No. C08-01316 (JCS)<br><br>Case assigned for all purposes to Hon. Joseph C. Spero<br><br>**NOTICE OF SETTLEMENT AND INTENT TO FILE STIPULATION FOR DISMISSAL** |

TO THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    **PLEASE TAKE NOTICE** that effective August 7, 2008, the parties to the above-entitled action have entered into a comprehensive written settlement of all claims and counterclaims in the above-entitled action.

    **PLEASE TAKE FURTHER NOTICE** that on or before August 8, 2008, the parties intend to file and submit to the Court for approval, a Stipulation for Dismissal With Prejudice, as to all such claims and counterclaims in the above-entitled action.

1 | Dated: August 7, 2008

2 | Respectfully Submitted,

3 | SHAPIRO BUCHMAN PROVINE & PATTON LLP

4 |

5 | By:_____
John H. Patton, Cal. SBN 069261

6 | Attorneys for Plaintiff and Counterdefendant
Monterey Gourmet Foods, Inc.

7 |

8 |

9 | 210753.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHAPIRO BUCHMAN
PROVINE & PATTON LLP
ATTORNEYS AT LAW
WALNUT CREEK

NOTICE OF SETTLEMENT

2

C08-01316(JCS)