1  John H. Patton, Cal. SBN 069261
2  Kathryn J. Allen, Cal. SBN 196544
   Matthew T. Homan, Cal. SBN 250458
3  SHAPIRO BUCHMAN PROVINE & PATTON LLP
   1333 North California Boulevard, Suite 350
4  Walnut Creek, CA 94596
   Telephone: (925) 944-9700
5  Facsimile: (925) 944-9701
   E-mail: jpatton@sbllp.com
6
   Attorneys for Plaintiff and Counterdefendant
7  Monterey Gourmet Foods, Inc.

8                   UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | MONTEREY GOURMET FOODS,           | No. C08-01316 (JCS)
   | INC., a Delaware corporation,     |
12 |                                   | Case assigned for all purposes to
   |           Plaintiff,              | Hon. Joseph C. Spero
13 |                                   |
   | vs.                               | STIPULATION AND REQUEST FOR
14 |                                   | DISMISSAL WITH PREJUDICE;
   | WINDSOR QUALITY FOOD              | [PROPOSED] ORDER
15 | COMPANY LTD., a Texas Limited     |
   | Partnership; and DOES 1 through 20,|
16 | inclusive,                        |
   |                                   |
17 |           Defendants.             |
18 |                                   |
   | AND RELATED COUNTERCLAIM.         |
19 |                                   |
20

21     It is hereby stipulated and agreed by and between the affected parties, by and
22 through their respective counsel, that the above-entitled action (including all claims and
23 counterclaims) shall be dismissed in its entirety as to all parties, with prejudice, each
24 party bearing their own attorney's fees and costs. Accordingly, the parties jointly request
25 entry of an order dismissing the entire case (including all claims and counterclaims) as to
26 all parties, with prejudice.
27
28         THE FOREGOING IS SO STIPULATED.

                                            1

SHAPIRO BUCHMAN
PROVINE & PATTON LLP
ATTORNEYS AT LAW
WALNUT CREEK

STIPULATION FOR DISMISSAL/ORDER                                       C08-01316(JCS)

Dated: August 7, 2008

SHAPIRO BUCHMAN PROVINE & PATTON LLP

By: /s/ John H. Patton
John H. Patton
Attorneys for Plaintiff and Counterdefendant
Monterey Gourmet Foods, Inc.

Dated: August 7, 2008

McAFEE & TAFT

By: /s/ Robert W. Dace
Robert W. Dace
Lead Attorney for Defendant and Counterclaimant
Windsor Quality Food Company Ltd.

### ATTESTATION OF ELECTRONIC FILING

As the attorney for Plaintiff and Counterdefendant e-filing this document, I hereby attest that Robert W. Dace concurred in this filing.

Dated: August 7, 2008

SHAPIRO BUCHMAN PROVINE & PATTON LLP

/s/ John H. Patton
John H. Patton
Attorneys for Plaintiff and Counterdefendant
Monterey Gourmet Foods, Inc.

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED

Dated: _____, 2008

By: _____
Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

210754.1