John H. Patton, Cal. SBN 069261
Kathryn J. Allen, Cal. SBN 196544
Matthew T. Homan, Cal. SBN 250458
SHAPIRO BUCHMAN PROVINE & PATTON LLP
1333 North California Boulevard, Suite 350
Walnut Creek, CA 94596
Telephone: (925) 944-9700
Facsimile: (925) 944-9701
E-mail: jpatton@sbllp.com

Attorneys for Plaintiff and Counterdefendant
Monterey Gourmet Foods, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEREY GOURMET FOODS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WINDSOR QUALITY FOOD COMPANY LTD., a Texas Limited Partnership; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | No. C08-01316 (JCS)<br><br>Case assigned for all purposes to Hon. Joseph C. Spero<br><br>STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER |

It is hereby stipulated and agreed by and between the affected parties, by and through their respective counsel, that the above-entitled action (including all claims and counterclaims) shall be dismissed in its entirety as to all parties, with prejudice, each party bearing their own attorney's fees and costs. Accordingly, the parties jointly request entry of an order dismissing the entire case (including all claims and counterclaims) as to all parties, with prejudice.

THE FOREGOING IS SO STIPULATED.

1

1  Dated: August 7, 2008

2  SHAPIRO BUCHMAN PROVINE & PATTON LLP

3

4  By: _____/s/ John H. Patton_____
   John H. Patton
   Attorneys for Plaintiff and Counterdefendant
5  Monterey Gourmet Foods, Inc.

6

7  Dated: August 7, 2008

8  McAFEE & TAFT

9  By: _____/s/ Robert W. Dace_____
   Robert W. Dace
10 Lead Attorney for Defendant and Counterclaimant
   Windsor Quality Food Company Ltd.

11

12 ATTESTATION OF ELECTRONIC FILING

13 As the attorney for Plaintiff and Counterdefendant e-filing this document, I hereby

14 attest that Robert W. Dace concurred in this filing.

15 Dated: August 7, 2008

16 SHAPIRO BUCHMAN PROVINE & PATTON LLP

17

18 _____/s/ John H. Patton_____
   John H. Patton
19 Attorneys for Plaintiff and Counterdefendant
   Monterey Gourmet Foods, Inc.

20

21 PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED

22

23 Dated: ___August 8___, 2008

24

25 By: _____[signature]_____
   Joseph C. Spero
26 UNITED STATES MAGISTRATE JUDGE

27 210754.1

28